ACCEPTED
14-15-00101-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 5:22:22 PM
CHRISTOPHER A. PRINE
Clerk

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 5:22:22 PM
CHRISTOPHER A. PRINE
Clerk

Chris Daniel - District Clerk Harris County
Envelope No. 4002292
By: Phyllis Washington
Filed: 2/3/2015 2:14:55 PM

CAUSE NO. 2012-45412

| | | |
|---|---|---|
| IMMOBILIERE JEUNESS ESTABLISSEMENT<br>*Plaintiff* | § § § § | IN THE DISTRICT COURT |
| V. | § § | OF HARRIS COUNTY, TEXAS |
| RICARDO G. CEDILLO, individually,<br>JASON C. ZEHNER, individually,<br>RUSSELL DAVIS, individually,<br>DAVIS, CEDILLO & MENDOZA, INC.,<br>AMEGY BANK NATIONAL ASSOCIATION,<br>and STEPHEN J. PRITCHARD<br>*Defendants* | § § § § § § § § | 215th JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Appellants Ricardo G. Cedillo, Jason C. Zehner, J. Russell Davis, and Davis, Cedillo & Mendoza, Inc.—who were Defendants in the above-styled and numbered cause, *Immobiliere Jeuness Establissement v. Cedillo, et al.*, No. 2012-45412, in the 215th Judicial District Court of Harris County, Texas—hereby give notice that they desire to appeal, to the Fourteenth Court of Appeals of Texas, (1) the Order Denying Motion to Compel Arbitration signed in this case on January 15, 2015, and (2) the Amended Order on Modification to Compel Arbitration signed in this case on February 2, 2015. This appeal, which is from an interlocutory order, is an accelerated appeal; however it is not a parental-termination case or a child-protection case as defined in Texas Rule of Appellate Procedure 28.4. *See* TEX. R. APP. P. 25.1(d)(6).

As required by the Local Rules Relating to Assignment of Related Cases to and between the First and Fourteenth Courts of Appeals, counsel certifies that the following related original proceeding has been previously filed in the Fourteenth Court of Appeals related to this appeal: *In re Immobiliere Jeuness Establissement*, No. 14-13-00771-CV, original proceeding, on

mandamus from the 215th District Court of Harris County, Texas, No. 2012-45412. *See* 14th Tex.

App. (Houston), Loc. R. 1.4.

Respectfully submitted:

**VINSON & ELKINS LLP**

*/s/ Stacey Neumann Vu*
Harry M. Reasoner
Texas Bar No. 16642000
Patrick W. Mizell
Texas Bar No. 14233980
Stacey N. Vu
Texas Bar No. 24047047
David C. Currie
Texas Bar No. 24084240
Nicholas N. Shum
Texas Bar No. 24075072
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2358
Facsimile: 713.615.5173
E-Mail : hreasoner@velaw.com

*Attorneys for Defendants*
*Ricardo G. Cedillo, Jason C. Zehner,*
*J. Russell Davis, and Davis, Cedillo &*
*Mendoza, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure, on this 3rd day of February, 2015, via electronic service:

THE KASSAB LAW FIRM
Lance Christopher Kassab
1420 Alabama
Houston, Texas 77004
Telephone: 713.522.7400
E-Mail: lck@texaslegalmalpractice.com
     *Attorneys for Plaintiff*

CASSEB & CASSEB
R. Michael Casseb
1475 Frost Bank Tower
100 W. Houston St.
San Antonio, Texas 78205
Telephone: 210.226.9793
E-Mail: rmc_law@sbcglobal.net
     *Attorneys for Defendant Steven J. Pritchard*

MUNSCH, HARDT, KOPF & HARR, P.C.
Fred Wahrlich
700 Louisiana St., Suite 4600
Houston, Texas 77002
Telephone: 713.222.1469
E-Mail: fwahrlich@munsch.com
     *Attorneys for Defendant Amegy Bank National Association*

                              */s/ Stacey Neumann Vu*
                              Stacey Neumann Vu

# Local Rule Notice of and Assignment of Related Case in Appeals

## [sample; file as part of notice of appeal]

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

G      None

X      Caption:                                    *In re Immobiliere Jeuness Establissement*

Trial court

case number:                                2012-45412

Appellate court

case number:                                14-13-00771-CV

*/s/ Stacey Neumann Vu*
[Signature of certifying attorney or pro se party]

February 3, 2015
[Date]

Note: See Local Rules for the definitions of "underlying case," "related," and "previously filed."

US 3272782v.1